IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**THOMAS TERRY WILLIAMS, JR.** **PLAINTIFF**

V. **CIVIL ACTION NO. 3:20-cv-237-NBB-JMV**

**PANOLA COUNTY, MISSISSIPPI,**
**AND LYGUNNA BEAN** **DEFENDANTS**

### ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that defendant Panola County's Motion for Summary Judgment as to Federal Claims is **GRANTED**, and the plaintiff's federal claims are hereby **DISMISSED** with prejudice. The court declines to exercise jurisdiction over the plaintiff's remaining state law claims, and they are hereby **DISMISSED** without prejudice. Accordingly, defendants Panola County and Lygunna Bean's Motion for Summary Judgment as to State Law Claims is **DENIED as moot**. This case is hereby closed.

This 17th day of December, 2021.

    /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE